# United States District Court
# For The Western District of North Carolina
# Asheville Division

Danielle Hatten Morgan ,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                 1:11-cv-00031

Childrens Home Society of North Carolina, Inc ., et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 02, 2012 , Memorandum of Decision and Order of Dismissal.

                                       Signed: April 2, 2012

Frank G. Johns, Clerk
United States District Court